**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, RM B-110

MONTGOMERY, ALABAMA 36104

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 20, 2019

# CLERK'S NOTICE OF VOLUNTARY DISMISSAL

Re:  Ledic Realty Company, LLC v. Affordable Housing America, Inc.

Civil Action No. 2:19-cv-00528-SMD

Pursuant to the #10 Stipulation of Dismissal filed by Plaintiff Ledic Realty Company, LLC on 8/8/2019, this case is dismissed without prejudice without an order of the court.